MONICA FORBELL, Respondent, v. ROBERT C. FORBELL, Appellant.— Order granting allowance of $250 to plaintiff as counsel fee to oppose appeal prosecuted by defendant, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

ARLENE FUCHS, an Infant, by SAMUEL FUCHS, her Guardian ad litem, et al., Plaintiffs, RHODA NIERENBERG, an Infant, by SALLY NIERENBERG, Her Guardian ad litem, Respondent, v. NATION WIDE AIR TRANSPORTATION, INC., Appellant.— In an action to recover damages for personal injuries suffered by several persons in an airplane crash, defendant appeals from an order granting a preference on behalf of one of the plaintiffs. Order reversed on the law and the facts, with $10 costs and disbursements, and the motion denied, without costs. Since none of the plaintiffs nor the defendant is a resident of Kings County, in which the venue is laid, respondent may not have a preference granted to her. (*Caulfield* v. *Weil*, 232 App. Div. 828; *Williams* v. *Hollander & Son, Inc.*, 249 App. Div. 784.) Appeal from order denying defendant's motion for a stay dismissed as academic, without costs. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

GORDON M. GA NUN, Respondent, v. EVELYN H. GA NUN, Appellant.— In an action to annul a marriage, order denying, without leave to renew, defendant's motion to preclude plaintiff from giving certain information upon the trial for failure to serve a bill of particulars, and granting plaintiff's cross motion for an oral examination, and a physical examination to be made by a named physician, modified on the law and the facts by striking from the order the last decretal paragraph, which directs defendant to submit to the physical examination, and by substituting therefor a paragraph denying the motion in that respect. As so modified, the order is affirmed, without costs, upon the condition, however, that within ten days after the entry of the order hereon defendant file a stipulation pursuant to section 354 of the Civil Practice Act waiving, for the purposes of this action, her statutory privilege under section 352 of the Civil Practice Act, as to all physicians, surgeons and nurses who may have examined or treated her prior to the commencement of this action. In the event defendant fails to file such stipulation, the order is affirmed *in toto,* without modification and without costs. The examination is to proceed upon five days' notice. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

ROSE GOLDBERG, Respondent, v. SILVER ASSOCIATES, INC., Appellant.— In an action to recover damages for personal injuries sustained by a patron of appellant's bathing establishment when she slipped upon soap in a pool of dirty water, accumulated over a clogged floor drain, judgment against appellant, entered upon the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See *post,* p. 815.]